## John Branning *vs.* George P. Markham.

A promissory note, absolute in form, bore upon its margin these words: "This note is secured by real estate for their exclusive payment." *Held*, that these words did not signify that the note was to be paid in real estate, and would not defeat an action upon the note.

Contract upon a promissory note, signed by the defendant, absolute in form, and bearing upon the margin these words : " This note is secured by real estate for their exclusive payment."

At the trial in the superior court, before *Rockwell*, J., without a jury, the plaintiff offered the note in evidence, with a mortgage of real estate given to secure it. The defendant contended that the words upon the margin were to be construed as a part of the note, and signified that it was to be paid in real estate only. The plaintiff then offered to show by parol evidence that these words were written upon the note simply to show that it was secured by mortgage, and that, there being an internal revenue stamp upon the mortgage, no stamp was necessary upon the

note. The judge rejected this evidence, and ruled that the plaintiff could not maintain his action. The plaintiff alleged exceptions.

*M. Wilcox*, for the defendant, was first called upon.

The plaintiff, *pro se.*

HOAR, J. The construction given to the writing in the margin of the note in suit does not seem to us to have been correct. The note is an absolute promise to pay money. The writing in the margin is not clear in its terms, and may be susceptible of various meanings. That which was adopted at the trial was the least consistent with the terms of the contract. " This note is secured by real estate for their exclusive payment" may as well be taken to mean that the real estate by which the note was secured was subject to no other charge, but was exclusively devoted to the payment of the note; exclusive, that is, of appropriation to any other object. This would be in accordance with the full effect to be given to the note, and should be adopted as the most natural and sensible construction of the memorandum. *Exceptions sustained.*